UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEON HAWKINS,

    Plaintiff,

v.

DHS SOCIAL SERVICE, et al.,

    Defendants.
_____/

Case No. 1:25-cv-1201

Hon. Hala Y. Jarbou

## **ORDER**

On October 20, 2025, the magistrate judge entered a report and recommendation ("R&R") that the Court dismiss the case. (R&R, ECF No. 8.) Before the Court are Plaintiff's objections to the R&R (ECF No. 9).

Under Rule 72 of the Federal Rules of Civil Procedure,

> The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to. The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions.

Fed. R. Civ. P. 72(b)(3).

Plaintiff's complaint stems from injuries he allegedly suffered when disembarking from a bus. He alleges that the bus doors closed tightly on him, causing injury to various parts of his body. The magistrate judge properly determined that these allegations fail to state a federal claim; thus, the Court should dismiss federal claims. The magistrate judge recommends that the Court decline to exercise supplemental jurisdiction over any claims arising under state law because the Court will dismiss the federal claims.

In his objections, Plaintiff does not identify any error in the R&R.

Accordingly,

2

**IT IS ORDERED** that the R&R (ECF No. 8) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's federal claims are **DISMISSED** for failure to state a claim.

**IT IS FURTHER ORDERED** that Plaintiff's claims arising under state law are **DISMISSED** because the Court declines to exercise supplemental jurisdiction over them.

**IT IS FURTHER ORDERED** that Plaintiff's motion for judgment on the pleadings (ECF No. 10) is **DENIED** as moot.

The Court will enter a judgment that is consistent with this Order.

Dated: January 15, 2026                 /s/ Hala Y. Jarbou
                                        HALA Y. JARBOU
                                        CHIEF UNITED STATES DISTRICT JUDGE